

Phone: (812) 478-0724
Fax: (812) 244-0316
21 N. 11th Street
Terre Haute, IN 47807
www.bridgesofindiana.com

Date: June 26, 2008

Dear: Bobbi Johnson

Welcome to Bridges of Indiana! This letter is to extend the offer of a position of Personal Assistant and the terms and conditions of employment. They are as follows:

- Your position will be Part time __ Full-Time _X_ as hours are available.
- Your starting rate of pay will be $_11.46_ per hour.
- Two week pay periods.
- Your first 30 days will be considered your introductory period and your performance will be evaluated at this time by your Supervisor.

I am looking forward to our working relationship and sincerely hope you will enjoy your employment with Bridges of Indiana and I am certain you will find the job satisfaction you are seeking. Please do not hesitate to call me if you have additional questions.

Sincerely,

*Jennifer Schoffstall*

Jennifer M. Schoffstall
Corporate Trainer
Bridges of Indiana


Employee Signature: *Bobbie Johns*
Date: 6/26/08

Revised 7/26/04

Confidential Bridges 822