

**Phone:** (812) 478-0724
**Fax:** (812) 234-0316
21 N. 11th Street
Terre Haute, IN 47897
www.bridgesofindiana.com

Date: May 1, 2009

Dear: Ashlynn Lawson

Welcome to Bridges of Indiana! This letter is to extend the offer of a position of Consumer Associate and the terms and conditions of employment. They are as follows:

- Your position will be Part time __ Full-Time _X_ as hours are available.
- Your starting rate of pay will be $11.46 per hour.
- Two week pay periods.
- Your first 30 days will be considered your introductory period and your performance will be evaluated at this time by your Supervisor.

I am looking forward to our working relationship and sincerely hope you will enjoy your employment with Bridges of Indiana and I am certain you will find the job satisfaction you are seeking. Please do not hesitate to call me if you have additional questions.

Sincerely,

*Deb Gorgal*

Deb Gorgal
Director, Terre Haute
Bridges of Indiana

Employee Signature: *Ashlynn Lawson*
Date: 5-1-09

Revised 7/26/04

Confidential Bridges 957



Phone: (812) 478-0724
Fax: (812) 244-0316
21 N. 11th Street
Terre Haute, IN 47807
www.bridgesofindiana.com

Date: 05/06/09
Dear Sandra Sampson:

This letter is to extend the offer of a position of Consumer Associate_and the terms and conditions of employment. They are as follows:

- Your position will be Part-time ___ Full-Time _X_ as hours are available.
- Your starting rate of pay will be $11.46 per hour.
- Two week pay periods.
- Your first 30 days will be considered your introductory period and your performance will be evaluated at this time by your Supervisor.

I am looking forward to our working relationship and sincerely hope you will enjoy your employment with Bridges of Indiana and I am certain you will find the job satisfaction you are seeking. Please do not hesitate to call me if you have additional questions.

Sincerely,


Luke A. Anderson
Director
Bridges of Indiana

Employee Signature: *Sandra Sampson*
Date: 5-18-09

Revised 7/26/04

Confidential Bridges 1376



Phone: (812) 478-0724
Fax: (812) 244-0316
21 N. 11th Street
Terre Haute, IN 47807
www.bridgesofindiana.com

Date: 05-26-09

Dear: Jimmie Seals

This letter is to extend the offer of a position of Consumer Associate_and the terms and conditions of employment. They are as follows:

- Your position will be Part-time ___ Full-Time _X_ as hours are available.
- Your starting rate of pay will be $11.46 per hour.
- Two week pay periods.
- Your first 30 days will be considered your introductory period and your performance will be evaluated at this time by your Supervisor.

I am looking forward to our working relationship and sincerely hope you will enjoy your employment with Bridges of Indiana and I am certain you will find the job satisfaction you are seeking. Please do not hesitate to call me if you have additional questions.

Sincerely,


Luke A. Anderson
Director
Bridges of Indiana


Employee Signature: *Jimmy W. Seals*
Date: 5-26-09

Revised 7/26/04

Confidential Bridges 1401



**Bridges**
Community-Based Living Services

Phone: (812) 478-0724
Fax: (812) 244-0316
21 N. 11th Street
Terre Haute, IN 47807
www.bridgesofindiana.com

Date: May 14, 2009

Dear: Michelle Hurry

Welcome to Bridges of Indiana! This letter is to extend the offer of a position of Consumer Associate and the terms and conditions of employment. They are as follows:

- Your position will be Part time ___ Full-Time _x_ as hours are available.
- Your starting rate of pay will be $11.46 per hour.
- Two week pay periods.
- Your first 30 days will be considered your introductory period and your performance will be evaluated at this time by your Supervisor.

I am looking forward to our working relationship and sincerely hope you will enjoy your employment with Bridges of Indiana and I am certain you will find the job satisfaction you are seeking. Please do not hesitate to call me if you have additional questions.

Sincerely,

*[signature]*

Jeremy Watson
Director, Indianapolis
Bridges of Indiana


Employee Signature: *[signature]*
Date: 5-14-09

Revised 7/26/04

Confidential Bridges 805



**Bridges**
Community-Based Living Services

Phone: (812) 478-0724
Fax: (812) 244-0316
21 N. 11th Street
Terre Haute, IN 47807
www.bridgesofindiana.com

Date: May 19, 2009

Dear: Pamela Brooks

Welcome to Bridges of Indiana! This letter is to extend the offer of a position of Consumer Associate and the terms and conditions of employment. They are as follows:

- Your position will be Part time __ Full-Time _X_ as hours are available.
- Your starting rate of pay will be $11.46 per hour.
- Two week pay periods.
- Your first 30 days will be considered your introductory period and your performance will be evaluated at this time by your Supervisor.

I am looking forward to our working relationship and sincerely hope you will enjoy your employment with Bridges of Indiana and I am certain you will find the job satisfaction you are seeking. Please do not hesitate to call me if you have additional questions.

Sincerely,

*Luke P. Anderson*

Luke Anderson
Director, Vincennes
Bridges of Indiana

Employee Signature: *Pamela Brooks*
Date: 5-19-09

Revised 7/26/04

Confidential Bridges 276